# In The United States Court of Federal Claims

Nos. 06-157C, 06-570C, and 06-833C

(Filed: June 6, 2008)

_____

YATES INTERNATIONAL, LLC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On June 2, 2008, the parties filed a joint stipulation for entry of dismissal with prejudice. Accordingly, pursuant to RCFC 41(a)(1), the Clerk is directed to dismiss these consolidated cases with prejudice. Each party shall bear its own costs, attorney fees, and expenses, pursuant to their stipulation.

    **IT IS SO ORDERED.**

                                            s/ Francis M. Allegra  
                                            Francis M. Allegra  
                                            Judge